ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAY LAWRENCE STINEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:26-CV-00308-JDP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 15, 2026, up to and including August 14, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 3) shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension as Defendant has identified a possibility for settlement of this matter, and requires additional time to complete internal discussions, and if necessary, negotiate settlement with Plaintiff's counsel. Defendant's counsel has been diligent in her work, and in the last four weeks,

has completed four responsive briefs and four settlement memoranda, whilst being out of the office for approximately a week and a half. In addition to this case, counsel has eleven upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: July 10, 2026

By: /s/ *Francesco P. Benavides**
(*as authorized via e-mail on July 10, 2026)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: July 10, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1 – Law & Policy
Social Security Administration

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 14, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: July 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE