ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAY LAWRENCE STINEMAN,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 2:26-CV-00308-JDP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-eight (28) days from August 14, 2026, up to and including September 11, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 3) shall be modified accordingly.

This is the Defendant's second request for an extension. Since the Court granted Defendant's first extension request (*see* ECF No. 13), Defendant has continued internal discussions regarding potential settlement of this matter, but requires additional time to complete

those discussions, and if necessary, negotiate settlement with Plaintiff's counsel. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed five responsive briefs and three settlement memoranda. In addition to this case, counsel has nine upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: August 14, 2026 By: /s/ *Francesco P. Benavides**
(*as authorized via e-mail on August 13, 2026)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: August 14, 2026
ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel Program Litigation 1
Social Security Administration |Law & Policy

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 11, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: August 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE